884 A.2d 1262

GEORGIA KNIGHT, PLAINTIFF–PETITIONER, v. ESSEX PLAZA, ETC., ET AL., DEFENDANTS–RESPONDENTS.

October 20, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for reconsideration in light of *Jerista v. Murray,* 185 *N.J.* 175, 883 *A.2d* 350 (2005).

884 A.2d 1262

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RAUL HERNANDEZ, DEFENDANT–PETITIONER.

October 25, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

884 A.2d 1262

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. W.J.T., DEFENDANT–PETITIONER.

October 25, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).